# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SUSAN BEISLER | : | |
|    Plaintiff, | : | Civ. No. 24-10105 (SDW) |
| v. | : | |
| GOMSY MEDIA, LLC, ET AL. | : | **ORDER** |
|    Defendant. | : | |
| _____ | : | |

This matter having been dismissed by way of this Court's January 19, 2025, Order of Dismissal pursuant to L. Civ. R. 4(m) [Entry #6];

And on February 13, 2025 (docketed on 2/20/2025), this Court having received a letter from Pro Se Plaintiff, Susan Beisler, requesting the case not be dismissed and requesting additional time to serve the complaint [Entry #7];

IT is on this 21st day of February, 2025;

**ORDERED** that the order of dismissal is hereby vacated and this matter shall be reopened and placed back on the Court's active docket.

**SO ORDERED.**

_____
Hon. Susan D. Wigenton
U.S.D.J.