SUSAN BEISLER
34 Osborne Court
Mahwah, New Jersey 07430

_____

**Via CM/ECF**

Honorable Susan Wigenton, U.S.D.J.
Magistrate Judge Leda D. Wettre
United States District Court  District
Court of New Jersey  Martin Luther
King Building & U.S. Courthouse 50
Walnut Street Newark, NJ 07101

September17, 2025

```
┌─────────────────────────────────────┐
│           SO ORDERED.                │
│                                      │
│     s/ Leda Dunn Wettre, U.S.M.J.    │
│                                      │
│  Dated:  September 29, 2025          │
└─────────────────────────────────────┘
```

**RE:  BEISLER v. GOMSY MEDIA, LLC et al**
**DOCKET NO: 2:24-cv-10105-SDW-LDW**

Dear Judge Wigenton and Magistrate Judge Wettre,

    I am the Plaintiff, Susan Beisler, in the above-captioned matter. On September 05, 2025, Defendant Future PLC, filed a Motion to Dismiss Plaintiff's Complaint [Dkt. No. 29] The motion is currently returnable October 6, 2025. Pursuant to L. Civ. R. 7.1(d)(5), please allow this letter to serve as Plaintiff's request for an automatic one cycle adjournment of the originally noticed motion day.

    I respectfully thank the Court for its courtesy in this regard.

Respectfully submitted,

*Susan Beisler*
Susan Beisler

cc: All counsel of record via ECF